UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| BRIDGETTE FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:08CV00370 GTE |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties that the allegations in the above-captioned matter are hereby dismissed with prejudice pursuant to the Settlement Agreement between the plaintiff and defendant.

Dated: June 17, 2009

Respectfully submitted,

*/s/ E.B. Chiles*

E.B. Chiles, IV
Quattlebaum, Grooms, Tull & Burrow
Suite 1900
111 Center Street
Little Rock, AR 72201
Telephone: (501) 379-1700
Fax: (501) 379-1701
E-Mail: cchiles@qgtb.com

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

PII-1197262v1

David C. Hawkey
dch@wallacelawfirm.com
James R. Wallace & Associates, PLLC
212 Center Street, Suite 100
Little Rock, Arkansas 72201
(501) 375-5545 phone
(501) 374-9515 facsimile

_____
DAVID C. HAWKEY #07147
Counsel for Plaintiff

## VERIFICATION AND AFFIDAVIT

We the undersigned, after being duly sworn, on oath, state, according to the best of our knowledge, information and belief that the allegations and statements contained in the foregoing Stipulation are true and correct.

_____
BRIDGETTE FRAZIER

_____
DAVID C. HAWKEY

Subscribed and sworn to, before me, a Notary Public, this __5th__ day of __June__, 2009.

_____
NOTARY PUBLIC

My Commission Expires:

5-30-2018

> EMILY J. STUBBINS
> MY COMMISSION # 12366125
> EXPIRES: May 30, 2018
> Saline County

- 2 -

PH-1197262v1